THE LAW OFFICE OF FRANCIS X. DOHERTY
1120 Nye Street, Suite 300, San Rafael, CA 94901

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAINS, INC., et al. | CASE NO. C12-0828 WHO |
| Plaintiffs, | **ORDER CONTINUING CONFERENCE** |
| v. | |
| AMERICAN ECONOMY INSURANCE COMPANY, et al., | |
| Defendants. | |

BASED ON THE STIPULATION AND GOOD CAUSE APPEARING, the Case Management Conference in this case is hereby moved to November 12, 2013, at 2:00 pm in Courtroom 2, 17th Floor.

**IT IS SO ORDERED.**

Date: September 23, 2013

_____
U.S. DISTICT JUDGE

- 1 -
**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
CASE NO.: C12-0828 WHO