UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAINS, INC., et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | CASE NO.  C12-0828 WHO<br><br>**ORDER CONTINUING CONFERENCE** |

BASED ON THE STIPULATION AND GOOD CAUSE APPEARING, the Case Management Conference in this case is hereby moved to November 12, 2013, at 2:00 pm in Courtroom 2, 17th Floor.

**IT IS SO ORDERED.**

Date: September 23, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. DISTICT JUDGE

- 1 -
**ORDER CONTINUING  CASE MANAGEMENT CONFERENCE**
**CASE NO.: C12-0828 WHO**

THE LAW OFFICE OF FRANCIS X. DOHERTY
1120 Nye Street, Suite 300, San Rafael, CA  94901