PAMELA E. COGAN (SBN 105089)
LAURA L. REIDENBACH (SBN 158335)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:       (650) 780-1701
Email:            pcogan@rmkb.com
                      lreidenbach@rmkb.com

Attorneys for Defendants
AMERICAN ECONOMY INSURANCE
COMPANY, SAFECO INSURANCE COMPANY
OF AMERICA AND LIBERTY MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAINS, INC. and DAVID ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE CMOPANY, SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, LBC INTERNATIONAL, a partnership, ROB ERT M. SALATA, an individual and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  3:12-CV-00828-EMC<br><br>**ORDER** |

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the dates previously set in the Case Management and Pretrial Order for Jury Trial, filed on April 25, 2013, are revised as follows:

Non-Expert Discovery cut-off previously set for November 28, 2013 is continued to **December 2, 2013**; Expert disclosures previously due on November 28, 2013, is continued to **December 16, 2013;** Rebuttal/supplemental expert disclosures previously due on December 19, 2013 is continued to **January 6, 2014**; Expert discovery cut-off previously set on January 9, 2014 is continued to **January 24, 2014.**  All other dates in the Case Management and Pretrial Order

remain in place.

**IT IS SO ORDERED.**

Dated: October 3, 2013



WILLIAM H. ORRICK, U. S. DISTRICT COURT JUDGE