UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAINS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 12-cv-00828-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

On October 28, 2013, the parties reached a settlement during a conference before the Honorable Jacqueline Scott Corley.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings and deadlines set in this matter are VACATED. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, within 60 days from the date of this Order that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
WILLIAM H. ORRICK
United States District Judge